IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES K. COLLINS, M.D. | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 4:20-CV-01897 |
| | § | |
| D. R. HORTON-TEXAS, LTD. | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

1. D. R. Horton-Texas, Ltd.'s Motion to Dismiss is granted.

2. James K. Collins, M.D.'s case is dismissed.

SIGNED on _____, 2020, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge