UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| James K. Collins, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-1897 |
| | § | |
| D.R. Horton-Texas, LTD., | § | |
| | § | |
| Defendant. | § | |

# Final Dismissal

Because this case is barred by *res judicata*, it is dismissed with prejudice. (5)

Signed on August 14, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge