United States District Court
Southern District of Texas
**ENTERED**
September 16, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| James K. Collins, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-1897 |
| | § | |
| D.R. Horton-Texas, LTD., | § | |
| | § | |
| Defendant. | § | |

## Order on Reconsideration

The dismissal is vacated for reconsideration of the motion to dismiss. (16)

Signed on September 14, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge