UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES K. COLLINS, M.D. | § | Civil Action No.: 20-1897 |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| D.R. HORTON-TEXAS, LTD. | § | |
|     Defendant | § | |

## DESIGNATION OF THE RECORD

Appellant, JAMES K. COLLINS, M.D., files this Request for Preparation of the Clerk's Record. The clerk is requested to prepare for appeal the record of the above styled case and cause number including, without limitation, every page and item in the federal clerk's record for the subject case including Documents 1 through this Document 48.

Please forward a certified bill of costs for such records to the undersigned.

Respectfully submitted,

LAW OFFICE TONI L. COLLINS

s/ Toni L. Sharretts Collins
TONI L. SHARRETTS COLLINS
TBN 24037476; USBN 34208
11054 North Hidden Oaks
Conroe, Texas   77384
iceattorney@aol.com
281-827-7749

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of March, 2021, a true and correct copy of the foregoing instrument has been e-served to counsel of record, including lead counsel:

Paul J. McConnell, III and Ben Baring
De Lange Hudspeth, McConnell & Tibbets, LLP
1177 West Loop South, Suite 200
Houston, TX   77057

/s/ Toni Sharretts Collins
Toni Sharretts Collins

1