United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

James K. Collins, § 
　　　　　　　　　　§
　　　Plaintiff, §
　　　　　　　　　　§
versus § 　　Civil Action H-20-1897
　　　　　　　　　　§
D.R. Horton-Texas, LTD., §
　　　　　　　　　　§
　　　Defendant. §

## Order to Strike

1. The February 9, 2021, and February 10, 2021, briefs and the February 24, 2021, and March 1, 2021, affidavits were filed after the case was closed and were not a part of the record at the time the case was considered and decided. James Collins has appealed, and the case is now pending before the Court of Appeals. Just because Collins disagrees with the outcome of the case does not justify his actions in attempting to create a post-judgment record. These arguments are best left for his appellant brief. The briefs and affidavits are struck for want of jurisdiction. (39)(40)(43)(47)(50)

2. To ensure that it was not an attempt to circumvent the earlier order, exhibits A, B, and C of docket entry 51 are also struck, as they are copies of the briefs and affidavits the court had previously struck.

Signed on March 4, 2021, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge